JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FREDRICK TERENCE HARVEY, | CASE NO. 2:17-CV-05835-DOC (SK) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| RODRIGUEZ, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that this action is dismissed.

DATED: March 20, 2018

*David O. Carter*

HON. DAVID O. CARTER
U.S. DISTRICT JUDGE